IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : | CIVIL ACTION NO. 1:19-CV-1121 |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| v. | : | |
| **TOM WOLF, in his Official Capacity as Governor of the Commonwealth of Pennsylvania,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of July, 2019, upon consideration of the motion (Doc. 4) for preliminary injunction by the Pennsylvania Professional Liability Joint Underwriting Association (the "Association"), the parties' briefs in support of and in opposition to said motion, and the positions presented during oral argument on July 12, 2019, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Association's motion (Doc. 4) for preliminary injunction is DENIED without prejudice.

2. Defendants shall respond to the Association's verified complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

3. The court will schedule this matter for a case management conference by separate order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania